IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE T. MOTEN, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>DERRAL G. ADAMS, Warden, et al., )<br>)<br>Defendant(s). )<br>_____ ) | No. C 06-4767 CRB (PR)<br><br>ORDER OF TRANSFER<br><br>(Doc # 2) |

     Plaintiff, a prisoner at California State Prison, Corcoran, has filed a pro se petition for a writ of mandate and/or civil rights complaint for injunctive relief under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Kings, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

     Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

     The clerk shall transfer this matter and terminate all pending motions (see, e.g., doc # 2) as moot.

SO ORDERED.

DATED: August 18, 2006

                                           CHARLES R. BREYER<br>                                           United States District Judge